UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE MALONE
              Plaintiff(s)

v.                                    CIVIL ACTION NO. 06-10210-GAO

LAURENCE A. HECKER and VCOLLECT GLOBAL, INC
              Defendant(s)

**AMENDED JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**X**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Order, dated November 27, 2007, defendant's motion to vacate the award of duplicative damages (dkt. No. 30) is GRANTED to the extent that only one award of actual damages may be made. Based on the courts determination that the defendants willfully violated Chapter 93A, sec. 2, that amount is trebled to $12,000. In addition, the plaintiff is entitled, in accordance with the jury verdict, to $1,000 in statutory damages under the FDCPA. Thus, her total recovery is $13,000.

The plaintiff's motion for attorney fees (dkt. No. 28) is GRANTED. The plaintiff is awarded $17,785.50 in attorney's fees and $607.95 in expenses, for a total award of $18,393.45.

Therefore, judgment is entered against the defendants for $13,000 plus $17,785.50 in attorney's fees and $607.95 in costs for a total of $31,393.45.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 11/28/07                            By /s/ Paul S. Lyness
                                                                 Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)